# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tyrone Hurt,

    Plaintiff,

        v.                                             Case No. 1:14cv294

United States Supreme Court, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 1, 2014 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 3) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 3) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 3) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Complaint (Doc. 1) is **dismissed with prejudice** consistent with the recommendation by the Magistrate Judge.

Pursuant to 28 U.S.C. § 1915(a), any request for certificate of appealability or request to appeal *in forma pauperis* would not be taken in good faith and would be denied. Plaintiff remains free to proceed *in forma pauperis* before the Court of Appeals.

**IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge