# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tyrone Hurt,

    Plaintiff,

        v.                                                                         Case No. 1:14cv294

United States Supreme Court, *et al.*,                             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 28, 2014 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 10) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 10) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 10) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for leave to proceed *in forma pauperis* on appeal (Doc. 9) is **DENIED**. Consistent with the Recommendation (Doc. 10) by the Magistrate Judge, Plaintiff shall file, within thirty (30) days after service of this Order, a motion with the 6th Circuit Court of Appeals leave to proceed as a pauper on appeal. Should Plaintiff fail to file a motion within thirty (30) days of receiving this Order, or fails to pay the required filing fee of $455.00 within this same time period, the appeal will be dismissed for want of prosecution.

**IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge